# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF GREGORY DEAN BARREN. | No. 79650 |

GREGORY DEAN BARREN,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

**FILED**

JUN 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

On December 4, 2019, this court entered an order granting appellant's counsel's motion to withdraw as counsel of record, suspending briefing, and directing appellant to inform the court whether he would be retaining new counsel or proceeding pro se. Appellant failed to respond to this order. On February 10, 2020, this court entered an order reinstating briefing, after concluding that appellant would proceed pro se. This court directed appellant to file an opening brief or informal brief within 45 days. Appellant failed to file an opening brief or informal brief within that time frame. On May 6, 2020, this court entered an order directing appellant to file the opening brief or informal brief within 7 days.

20-22788

To date, appellant has failed to file a brief or to otherwise communicate with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Gregory Dean Barren
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk